

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Nathan Lee Anders,                          * From the 142nd District Court
                                              Of Midland County, Texas
                                              Trial Court No. CR43397.

Vs. No. 11-15-00256-CR                      * November 12, 2015

The State of Texas,                         * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.